# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **CHARLES BRANDON PARKS**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09CV00070 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **RANDALL LOWE, ET AL.**, | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| Defendants. | ) | |
| | ) | |

It appearing that no objections have been timely filed to the Report filed February 12, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motions to Dismiss (DE 25, 26, 28, 39, 49 and 58) and the Motions for Summary Judgment (DE 35 and 44) by the defendants are GRANTED;

3. The claims against the remaining defendant Kimberly Culberton Haugh, are dismissed sua sponte;

4. All of the claims against all defendants are denied;

and

5. This case is closed.

ENTER: March 1, 2010

/s/ JAMES P. JONES
Chief United States District Judge